BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

THOMAS R. GREEN (CABN 203480)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3695
   Fax: (510) 637-3724
   E-Mail: Thomas.Green@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 15-00587 HSG |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO EXCLUDE TME UNDER THE SPEEDY TRIAL ACT** |
| v. | ) | |
| JACKAR LOVE, | ) | |
| Defendant. | ) | |

On January 11, 2016, the parties appeared before the Court for an initial appearance and status conference. At the status conference the Court ordered that time be excluded, for the reasons stated on the record, including for effective preparation of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between January 11, 2016 and March 14, 2016, which is the parties' next scheduled appearance. The Court ruled that time should be excluded during that time period to allow the defense counsel time to review recently produced to discovery and meet with the defendant to plan his defense. The Court asked the defendant individually if he agreed that time should be excluded under

the Speedy Trial Act and he agreed.  With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act from January 11, 2016 to March 14, 2016.

DATED:  January 13, 2016

Respectfully submitted,

                                              BRIAN J. STRETCH
                                              Acting United States Attorney

/s/ Joyce Leavitt                            /s/ Thomas R. Green
JOYCE LEAVITT                          THOMAS R. GREEN
Attorney for Defendant                   Assistant United States Attorney

**ORDER**

Based on the reasons provided in the stipulation of the parties and the reasons stated on the record at the January 11, 2016 status conference, the Court orders that time is excluded from Speedy Trial Act calculations from January 11, 2016 to March 14, 2016.  Pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), the Court finds that the ends of justice served by excluding the above period of time outweigh the best interest of the public and the defendant in speedy trial.

IT IS SO ORDERED.

DATED: January 14, 2016

HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge

2